OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 20, 2023

Howard G. Hopkirk, Esq.
Melvin Trent Walker

RE: Melvin Walker v. Pennsylvania Office of Administration, et al
Case Number: 23-2047
District Court Case Number: 1-22-cv-02065

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Thursday, November 9, 2023.** This means your presence will not be required.

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **KRAUSE, MATEY and CHUNG, Circuit Judges.**

PSD/AR

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Ashley M. Ritz*

Ashley Ritz
Calendar Clerk
267-299-4947