Cnd
RECEIVED
NOV 07 2023
U.S.C.A. 3rd. CIR

U.S. COURT OF APPEALS, THIRD CIRCUIT OF PENNSYLVANIA

MELVIN TRENT WALKER,

      Plaintiff,

vs.

PENNSYLVANIA DEPARTMENT OF TRANSPORTATION,

AND

PA OFFICE OF ADMINISTRATION

Defendant

---

Case No. 23-2047
Magistrate Judge Joseph F. Saporito, Jr

Nature of Suit 440 Civil Rights – Other Civil Rights

42:2000e Job Discrimination (Employment) Retaliation, Age Discrimination, Hostile Work Environment, Color, Race

42-1981 Right to Contract, civil rights

42-1986, Action for neglect to prevent

42-1983, 241, 242

42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42U.S.C. 12117, 42 U.S.C. 2000ff-6

---

# "NOTICE OF TESTIMONY"

I Melvin-Trent: Walker: El,

a citizen of the several states. Give notice to the court that an affidavit of Testimony has been entered on the District

Court Record. By the plaintiff. That a member of the Executive Agency, was served and accepted a copy of the

summons and complaint. It states the name of the employee served, and whom the employee works for. Along with

an organization chart.

NOTICE OF TESTIMONY 23-2047 - 1

1  The defense attorneys testified that the second process server, served the same office. The Magistrate judge agreed.

2  And, also stated on the record that the same office was served. The Office of Chief council. And that is not

3  acceptable service alone. Because the Office of Chief council is not a part of the Executive office. To satisfy the

4  requirements under 4(j)(2)(a).

5

6  The defense attorneys did not clarify who those two employees do work for. And is a statement by council as written

7  testimony on the record. Accepted by the Magistrate judge. And the claim that both employees served work for the

8  Office of Chief Council is untrue. But accepted by the District Court as fact. By Judge Joseph F. Saporito, Jr.

9

10  Trinsey v. Pagliaro 229 F. Supp. 647 (E.D. Pa. 1964)

11  In Trinsey, the court stated that "[s]tatements of counsel in their briefs or argument while enlightening to the Court

12  are not sufficient for purposes of granting a motion to dismiss or summary judgment."

13

14  Pro se pleadings are to be liberally construed. See Martin v. Overton, 391 F.3d 710, 712 (6th Cir. 2004), citing

15  Haines v. Kerner, 404 U.S. 519, 520-21, 92 S.Ct. 594, 30 L.Ed.2d 652 (1972); Herron v. Harrison, 203 F.3d 410,

16  414 (6th Cir. 2000) (pro se pleadings are held to "an especially liberal standard"); Fed.R.Civ.P. 8(f) ("All pleadings

17  shall be so construed as to do substantial justice").

18

19

20

21  By: Melvin-Trent Walker El

22  Declarant; Pro Se, By;Melvin-Trent;Walker;El

23  Dated this day 6, of November, 2023.

24

25

26

NOTICE OF TESTIMONY 23-2047 - 2

UNITED STATES MIDDLE DISTRICT COURT OF PENNSYLVANIA

| | |
|---|---|
| MELVIN TRENT WALKER, | Case No. 1:22-CV-02065 |
| Plaintiff, | |
| vs. | Nature of Suit 440 Civil Rights – Other Civil Rights |
| PA OFFICE OF ADMIN. | |
| & | 42:2000e Job Discrimination (Employment) |
| PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, | Retaliation, Age Discrimination, Hostile Work Environment, Color, Race |
| Defendant | |

# Affidavit of Testimony Service

I Melvin Trent Walker El,

present to the court. Firsthand knowledge that Ms. Carol Donohoe, works as a Legal Office Administrator 2, Office

of General Council, Executive Office of Administration Legal Office. Or as written in the state email system.

"Donohoe, Carol

Legal Office Administrator 2 OGC • EX OA Lgl Ofc"

Supporting documentation shows. A screen shot of the email information. And the web address to the org Chart for

The Office of Admin is. **https://www.oa.pa.gov/Policies/Documents/Administration,%20Office%20of.pdf**

5/19/2023 effective date.

Ms. Carol is the person service of process was made on by a service processor. Thus satisfying proper service made

under FRCP 4(j)(2)(A). (A) Delivery a copy of the Summons and of the Complaint to its Chief Executive Officer; or

Acknowledge Statement

this ____ day of October 2023.

State of PA

County of __Dauphin__

signed and sworn to before me

on this _31_ day of _October 2023_

by _Melvin Trent Walker_

_____
Notary Public

_____
Affiant; Pro Se, MELVIN TRENT WALKER

Commonwealth of Pennsylvania - Notary Seal
NIMISHA PATEL - Notary Public
Dauphin County
My Commission Expires March 25, 2025
Commission Number 1394163

"I,  (Melvin Trent Walker El), do hereby certify that a true and correct copy of the foregoing (Notice of Testimony) has been mailed to (PA Secretary of Transportation, and the PA Office of Admin.) by placing the same in the U.S. mail, properly addressed, this (6th day) of (November), (2023 year).

_By: Melvin-Trent:Walker_ (Signature)"

By: Melvin-Trent: Walker:El

FROM:

Melvin T Walker
3915 Union Deposit Rd
#426
                              17109



UNITED STATES
POSTAL SERVICE

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)                    PHONE

Melvin T Walker
3915 Union D
Harrisburg Pa
Court of A

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must ch
Requires the addressee's signature; OR 2) Purchases addition
Purchases Return Receipt service. If the box is not checked, the
mail receptacle or other secure location without attempting to o
**Delivery Options**

☐ No Saturday Delivery (delivered next business d
☐ Sunday/Holiday Delivery Required (additional fee
*Refer to USPS.com® or local Post Office™ for av

TO: (PLEASE PRINT)                    PHONE (

Patricia Dodszu
21400 U.S.Court
601 Market St
Philadelphia
ZIP + 4® (U.S. ADDRESSES ONLY)

1 9 1 0 6

■ For pickup or USPS Tracking™, visit USPS.c
■ $100.00 insurance included.


◀ **PEEL FROM THIS C**

**Photo Document Mailer**
**9 3/4" x 12 1/4"**



*Retail*

**U.S. POSTAGE PAID**
PME 1-Day
HARRISBURG, PA 17106
NOV 06, 2023

19106

**$28.95**

RDC 07

R2305M146690-05

RECEIVED
NOV 0 7 2023
U.S.C.A. 3rd. CIR

**PRIORITY
MAIL
EXPRESS®**

EI 647 799 770 US

| PAYMENT BY ACCOUNT (if applicable) | |
|---|---|
| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☒ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 17106 | 11/7 | $ 28.95 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 11/6 | ☐ 6:00 PM | $ | $ |
| Time Accepted  ☐ AM  ☐ PM | 4:57 | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees | |
| Weight  ☐ Flat Rate | Acceptance Employee Initials | 28.95 | |
| lbs. 2.2 | | $ 28.95 | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time  ☐ AM  ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time  ☐ AM  ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021        PSN 7690-02-000-9996

"Signature Required" box if the mailer: 1)
ance; OR 3) Purchases COD service; OR 4)
Service will leave the item in the addressee's
e addressee's signature on delivery.

e available*)
y.

eit
house
t

call 800-222-1811.

RNER

231 C Rd
7109
eals

1790

**ReadyPost.**