UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2047
_____

MELVIN TRENT WALKER,
Appellant

v.

PENNSYLVANIA OFFICE OF ADMINISTRATION;
MICHAEL NEWSOME; PENNSYLVANIA DEPARTMENT
OF TRANSPORTATION; YASSMIN GRAMIAN
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 1:22-cv-02065)
Magistrate Judge: Honorable Joseph F. Saporito, Jr. (by consent)
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
November 9, 2023
Before: KRAUSE, MATEY, and CHUNG, Circuit Judges

_____

**JUDGMENT**
_____

    This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on November 9, 2023.  On consideration whereof, it is now hereby
    ORDERED and ADJUDGED by this Court that the judgment of the District Court entered May 9, 2023 be and the same is hereby affirmed.  Costs taxed against the appellant.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit,
Clerk

Dated:	November 27, 2023